**Phillip BIANCO, also known as Phil Bianco, also known as Phillip Joseph Bianco, also known as Philip Bianco, Appellant**

v.

**UNITED STATES of America, Ethics, Appellee.**

No. 12–5186.

United States Court of Appeals, District of Columbia Circuit.

Sept. 4, 2012.

Phillip Bianco, Wilkinsburg, PA, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

Before: SENTELLE, Chief Judge, and HENDERSON and BROWN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 16, 2012, be affirmed. The district court properly dismissed appellant's complaint for failure to comply with Fed.R.Civ.P. 8(a), which requires "a short and plain statement of the claim showing that the pleader is entitled to relief," in order to "give the defendant fair notice of what the ... claim is and the grounds upon which it rests." *Bell Atlan-tic Corp. v. Twombly,* 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) (internal quotation marks omitted); *see also Ciralsky v. CIA,* 355 F.3d 661, 668–71 (D.C.Cir.2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.